

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00103-CR

EX PARTE GIBERT LEE GATES

----------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Gibert Lee Gates filed a notice of appeal from the Texas Court of Criminal Appeals's denial of his application for writ of habeas corpus. On March 18, 2014, we notified Gates that it appears we lack jurisdiction over this matter because we have no jurisdiction to review decisions of the court of criminal appeals. We advised that this appeal could be dismissed unless he, or any party

---

[1]*See* Tex. R. App. P. 47.4.

desiring to continue the appeal, filed a response showing grounds for continuing the appeal on or before March 28, 2014. No response has been filed.

We generally have jurisdiction to consider an appeal in a criminal case only when there has been a judgment of conviction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). This court does not have jurisdiction to review the court of criminal appeals's decision to deny habeas relief. *Cf. Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (stating that court of criminal appeals is the only court with jurisdiction in final post-conviction felony proceedings). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 17, 2014